AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 01, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jordan Martin | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **3:26-MJ-0017**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 2022 through June 2025  in the county of  Gaveston  in the
Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code 2251(a) | Sexual Exploitation of a Child |
| Title 18 United States Code 2422(b) | Coercion and enticement |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Braconi, Special Agent   FBI

*Printed name and title*

Sworn to me telephonically.

Date: 6/1/26

City and state: Bead, OR

*Judge's signature*

Judge Andrew Edison

*Printed name and title*